**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-1623**

———————————

NORMAN WILLIAMS, JR.,

                            Plaintiff - Appellant,

    versus

JOHN LAMBERT, Florence County Detention
Admin.; SUSAN MCDOUGAL, Nurse, Florence County
Detention Center,

                            Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Florence. Terry L. Wooten, District Judge.
(CA-01-275-4-25BC)

———————————

Submitted: July 18, 2002           Decided: July 23, 2002

———————————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Norman Williams, Jr., Appellant Pro Se. John Eric Fulda, Irmo,
South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Norman Williams, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint.  We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Williams v. Lambert, No. CA-01-275-4-25BC (D.S.C. May 29, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED